IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA,

JOHN ALFARO,

     Petitioner,               No. CIV-S-03-0093 DFL KJM P

     vs.

D. RUNNELS,

     Respondent.         ORDER

_____/

     Petitioner is a state prisoner proceeding with counsel with an application for writ of habeas corpus under 28 U.S.C. § 2254.  Before the court can resolve petitioner's habeas application, the court requires more information.  Accordingly, IT IS HEREBY ORDERED that within ten days of this order respondent shall file a copy of the petition for review filed by petitioner in case number S107332 in the California Supreme Court.

DATED:  January 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
alfa0093.mi