1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN ALFARO,

11            Petitioner,                        No. CIV S-03-0093 DFL KJM P

12        vs.

13   D. RUNNELS,

14            Respondent.                        ORDER

15   _____/

16            Petitioner has timely filed a request for a certificate of appealability under 28

17   U.S.C. § 2253(c) concerning the denial of his application for writ of habeas corpus.  Judgment

18   was entered in this action on March 31, 2006.

19            A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

20   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

21   § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

22   satisfy the required showing or must state the reasons why such a certificate should not issue.

23   Fed. R. App. P. 22(b).

24   /////

25   /////

26   /////

1

1    For the reasons set forth in the magistrate judge's February 28, 2006 findings and

2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional

3  right.  Accordingly, a certificate of appealability should not issue in this action.

4    IT IS SO ORDERED.

5  DATED: 5/9/2006

6

7

8  _____
   DAVID F. LEVI
9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26